**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Melvin Jerome WILCOX, Jr.,**
**Defendant–Appellant.**

Nos. 12–14541, 13–15001
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 16, 2014.

Patricia D. Barksdale, Bonnie Ames Glober, U.S. Attorney's Office, Jacksonville,

FL, Yvette Rhodes, Robert E. O'Neill, David Paul Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Judy K. Hunt, Law Office of Judy K. Hunt, St. Petersburg, FL, John Leonard Badalamenti, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Melvin Jerome Wilcox, Jr., Coleman, FL, pro se.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Judy K. Hunt, counsel for Melvin Jerome Wilcox, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wilcox's convictions and sentences are **AFFIRMED.**